159 A.3d 944

Destiny GRESART, a Minor, by and through her Mother Dedra Gresart, her Natural Parent and Guardian, and Dedra Gresart, Individually, in her own right, Petitioners

v.

BUFFALO & PITTSBURGH RAILROAD, INC., a Delaware Corporation; Genesee & Wyoming, Inc., a Delaware Corporation; and James Murdock, an Individual, Respondents

No. 235 WAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.